UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADRIENNE McKEEVER )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ANDREW SAUL, Commissioner of )<br>Social Security, )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 5:19-CV-269-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 24, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,900.00 plus reimbursement of $400.00 in filing fees.

**This Judgment Filed and Entered on March 24, 2020, and Copies To:**
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing
 (via CM/ECF Notice of Electronic Filing)

March 24, 2020                    PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk